INDUSTRIES, INC. v. RAILWAY CO.

No. 135 PC.

Case below: 27 N.C. App. 331.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

JOHNSON v. HOOKS

No. 33 PC.

Case below: 27 N.C. App. 584.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

LEVI v. JUSTICE and SEARCY v. JUSTICE

No. 5 PC.

Case below: 27 N.C. App. 511.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

LEWALLEN v. UPHOLSTERY CO.

No. 7 PC.

Case below: 27 N.C. App. 652.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

MEN'S WEAR v. HARRIS

No. 25 PC.

Case below: 28 N.C. App. 153.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.